IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRYAN KARL ROEVER,
    Plaintiff,

vs.                                  Case No:  3:11cv562/LC/CJK

DAVID MORGAN,
    Defendant.
_____

## **REPORT AND RECOMMENDATION**

    This prisoner civil rights case is before the Court upon referral from the Clerk. On April 12, 2012, the Court entered an order directing plaintiff to amend his civil rights complaint, or file a notice of voluntary dismissal, within thirty days. (Doc. 12). Plaintiff was warned that failure to comply with the order would result in dismissal of his case. (*Id*., p. 6).  Thirty days elapsed and plaintiff did not file an amended complaint or notice of dismissal.  Accordingly, on June 1, 2012, the Court issued an order requiring plaintiff to show cause why this case should not be dismissed for failure to comply with an order of the court. (Doc. 13).  Plaintiff responded that he desired to continue this case  because he believed his claim had merit.  (Doc. 14). Plaintiff's response was not accompanied by an amended complaint.  By order issued June 19, 2012, the Court reiterated to plaintiff that the April 12, 2012 order required him to file an amended complaint in the event he chose to pursue this action. (Doc. 15).  The Court provided plaintiff an additional fourteen days in which to comply

with the April 12, 2012 order by filing an amended complaint, and explicitly warned plaintiff: "Plaintiff's failure to file an amended complaint as instructed and within the time prescribed will result in the undersigned recommending, without further notice to plaintiff, that this case be dismissed for plaintiff's failure to comply with an order of the court." (*Id.*, p. 2).  To date, plaintiff has neither responded to the order, nor filed an amended complaint.

Accordingly, it is respectfully RECOMMENDED:

1.  That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2.  That the Clerk be directed to close the file.

At Pensacola, Florida this 26th day of July, 2012.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy hereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *Se*e 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).